**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RHODE ISLAND CARPENTERS PENSION FUND, Through their Trustees, and DONALD LAVIN, in his official capacity as Co-Administrator of the Fund, *Plaintiffs*, | : | |
| v. | : | C.A. No. 06-460 |
| TOWER CONSTRUCTION CORP. *Defendant*. | : | |

**VOLUNTARY DISMISSAL**

NOW COME Plaintiffs pursuant to Fed. R. Civ. P. 41(a) and voluntarily dismiss the above-captioned matter without prejudice.

Respectfully submitted,
On behalf of Plaintiffs,
By their attorney,

/s/ Elizabeth A. Wiens

Elizabeth A. Wiens, Esq.#6827
Gursky Law Associates
420 Scrabbletown Rd., Ste. C
North Kingstown, RI 02852
Tel (401)294-4700
Fax (401)294-4702

CERTIFICATION

I hereby certify that I electronically filed the within Dismissal on November 9, 2006. The Dismissal is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the individual below has been effectuated by first-class mail, postage prepaid.

Scott K. Pomeroy, Esq.
Little Medeiros Kinder Bulman and Whitney PC
72 Pine Street
Providence RI 02903

/s/ Elizabeth Wiens